**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marcel R. Beauschesne, an individual

Plaintiff,

Vs.

Anderson Trucking Service, Inc.,
a Minnesota corporation,

Defendant.

CIVIL NO.: 01-cv-01835

**ORDER**

---

The above-entitled matter came on before the undersigned Judge of District Court pursuant to a Stipulation For Remand executed by all parties of record. The Court being fully advised in the premises,

IT IS HEREBY ORDERED,

That this cause of action is herewith remanded back to the State of Minnesota District Court, Seventh Judicial District, Stearns County Courthouse, St. Cloud, Minnesota 56302 for all further proceedings herein.

Dated: Oct. 29, 2001

BY THE COURT

John R. Tunheim

The Honorable John R. Tunheim
U. S. District Court Judge

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK